# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

RONNA HUISMAN,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

No. C09-4053-PAZ

**ORDER**

_____

This matter is before the court on the plaintiff's application for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Doc. No. 15. In the application, the plaintiff requested EAJA fees in the amount of $7,086.50, and reimbursement of the $350.00 filing fee. The Commissioner has responded, Doc. No. 16, stating the parties have reached an agreement for an award of EAJA fees in the amount of $4,772.29, plus reimbursement of the $350.00 filing fee from the Judgment Fund. The court finds the fees agreed upon by the parties are reasonable. The application is, therefore, **granted as follows**: the plaintiff is awarded attorney's fees in the amount of **$4,772.29** under the EAJA. The plaintiff also is awarded **$350.00**, to be paid from the Judgment Fund administered by the U.S. Treasury.

The plaintiff requests that the awarded attorney fees be paid directly to her attorney, Blake Parker. The court **grants** this request, subject, however, to offset to satisfy any pre-

existing debt the plaintiff owes to the United States. *See Astrue v. Ratliff*, ___ U.S. ___ (June 14, 2010); 31 U.S.C. §§ 3711, 3716.

**IT IS SO ORDERED.**

**DATED** this 14th day of July, 2010.

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT